UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NAPOLEON CORPORATION | CIVIL ACTION |
| VERSUS | NO: 07-4921 |
| ESSEX INSURANCE COMPANY ET AL. | SECTION: R(2) |

### ORDER

Before the Court is defendant Essex Insurance Company's objections to the Magistrate Judge's Report and Recommendation granting plaintiff Napoleon Corporation's motion to reopen. The Court, having reviewed de novo the motion, the response, the applicable law, the Magistrate Judge's Report and Recommendation, and Essex's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, Napoleon's motion to reopen is GRANTED and plaintiff's motion to file a supplement to its motion to reopen is DENIED as moot.

New Orleans, Louisiana, this 12th day of November, 2009.

_____

SARAH S. VANCE

UNITED STATES DISTRICT JUDGE